IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01924-MSK-MJW

TERRY MONROE,

    Plaintiff,

v.

D.C. SALES AND LEASE, INC., a South Dakota corporation;
WHEEL CITY MOTORS, INC., a South Dakota corporation;
WHEEL CITY CREDIT, INC., a South Dakota corporation;
WHEEL CITY MOTORS EAST, INC., a South Dakota corporation; and
WHEEL CITY CREDIT EAST, INC., a South Dakota corporation;

    Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT AARON'S INC. WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Motion) **(#18)** filed August 30, 2010. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Any and all claims asserted against Defendant Aaron's, Inc., formerly d/b/a Aaron Rents, Inc., a Georgia corporation are hereby dismissed without prejudice each party to pay his, her or its own costs and attorneys fees herein expended. All future captions shall so reflect.

DATED this 31st day of August, 2010.

                                        BY THE COURT:

                                        *[signature]*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge