IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-01924-MSK-MJW

TERRY MONROE,

Plaintiff(s),

v.

D.C. SALES AND LEASE, INC.,
WHEEL CITY MOTORS, INC.,
WHEEL CITY CREDIT, INC.,
WHEEL CITY MOTORS EAST, INC.,
WHEEL CITY CREDIT, EAST, INC., and,
AARON'S INC., formerly doing business as Aaron Rents, Inc.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Scheduling Conference (docket no.22) is GRANTED finding good cause shown. The parties have settled their case during a mediation held on October 14, 2010.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on October 19, 2010, at 9:00 a.m. is VACATED and the parties shall file their Joint Stipulated Motion for Dismissal with the Court on or before October 29, 2010, or show cause why this case should not be dismissed.

Date: October 18, 2010